IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV288 |
| | ) | |
| v. | ) | |
| | ) | |
| $7,124.00 IN UNITED STATES CURRENCY, and Jeep Liberty 2003 VIN 1J4GL58K43W582172 | ) ) ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon the parties' unopposed oral motion,

IT IS ORDERED:

1.   The Final Pretrial Conference with the undersigned magistrate judge is set for December 20, 2006 at 1:00 p.m. in chambers, 566 Federal Building and United States Courthouse, Lincoln, Nebraska.

2.   Prior to the pretrial conference, the parties shall prepare an exhibit list and proposed final pretrial order in accordance with NECivR 16.2.  The court's exhibit list form and an acceptable form for preparing the final pretrial order can be accessed on the court's website at www.ned.uscourts.gov/fpo/forms/index.html (see "Exhibit List," and "Order on Final Pretrial Conference").

DATED this 4th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge