```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )         8:06CV288
                                )
      v.                        )
                                )
$7,124.00 IN UNITED STATES      )         ORDER
CURRENCY, et al.,               )
                                )
              Defendants.       )
                                )
```

IT IS ORDERED:

The unopposed oral motion of claimant Robert J. Hintz for continuance of the pretrial conference is granted and the pretrial conference is continued from December 20 to December 21, 2006 at 1:00 p.m. in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 19th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge