```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV288 |
| | ) | |
| v. | ) | |
| | ) | |
| $7,124.00 IN UNITED STATES | ) | ORDER |
| CURRENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.

Accordingly,

IT IS ORDERED:

(1)  Within thirty days of the date of this order the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court and provide a draft order to the undersigned magistrate judge which will fully dispose of the case;

(2)  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3)  This case has been removed from the trial docket upon representation by the parties that the case has settled.

DATED this 20th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge